Submitted on record and briefs May 3, reversed June 12, 2002

# STATE OF OREGON,
*Respondent,*

*v.*

# KEVIN RAY SONS,
*Appellant.*

PR090049; A110194

47 P3d 931

Craig P. Colby and Wall & Colby filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Rolf C. Moan, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

## PER CURIAM

Defendant was found guilty of exceeding the maximum speed limit, ORS 811.123, and fined $100. On appeal, he asserts that the trial court erred in concluding that he violated ORS 811.123 because no evidence was presented at trial that defendant was the registered owner of the car that was photographed exceeding the speed limit. The state concedes that reversal is required, because this case is factually indistinguishable from *State v. Clay*, 332 Or 327, 29 P3d 1101 (2001). We agree and accept the state's concession.

Reversed.